PILLSBURY WINTHROP SHAW PITTMAN LLP
MICHAEL J. FINNEGAN (SBN 137409)
mfinnegan@pillsburylaw.com
CHRISTOPHER BUTLER (SBN 318219)
christopher.butler@pillsburylaw.com
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone:     213.488.7100
Facsimile:     213.629.1033

Attorneys for Defendant
FITNESS INTERNATIONAL, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| BEAZLEY UNDERWRITING, LTD.,<br><br>    Plaintiff,<br><br>vs.<br><br>FITNESS INTERNATIONAL, LLC,<br><br>    Defendant. | Case No. 8:21-cv-642-CJC<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS OR STAY**<br><br>*[Filed concurrently with Memorandum of Points, Declaration of Michael J. Finnegan, and Authorities, and [Proposed] Order]*<br><br>Date:      May 24, 2021<br>Time:      1:30 p.m.<br>Dept:      Courtroom 9 B<br>Judge:     Hon. Cormac J. Carney<br><br>Trial Date:  not set |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on Monday, May 24, 2021, at 1:30 p.m, or as soon thereafter as the matter may be heard, in Courtroom 9B of the above-captioned Court, located at 411 West Fourth Street, Santa Ana, California 92701-4516, Defendant Fitness International, LLC ("Fitness") will and hereby does move the Court for an order dismissing or staying the instant action.

Fitness moves to dismiss or stay the Complaint filed by Plaintiff Beazley Underwriting, Ltd. ("Beazley") pursuant to this Court's discretion under the Declaratory Judgment Act or, in the alternative, to dismiss the Complaint for failure to join a necessary party pursuant to Federal Rule of Civil Procedure 12(b)(7).

Beazley's action should be dismissed or stayed pending resolution of Washington state court proceedings. First, under Ninth Circuit precedent, every relevant factor weighs against this Court exercising its discretionary jurisdiction over Beazley's Declaratory Judgment Act claim. Second, this action should be dismissed because Beazley failed to join necessary and indispensable parties to its Complaint pursuant to Federal Rule of Civil Procedure 19, to wit, the other ten insurers subscribed to Fitness' 2020/2021 Policy Year.

Fitness' motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the declaration of Michael J. Finnegan and the exhibits attached thereto, the proposed Order, any documents Fitness may subsequently file, all other pleadings and papers on file, and any oral argument or other matter that may be considered by the Court.

//

//

- 1 -

1    This motion is made following the conference of counsel pursuant to Local Rule

2   7-3 which took place on April 19, 2021.

3                                        Respectfully submitted,

4   Dated:  April 26, 2021              PILLSBURY WINTHROP SHAW
                                        PITTMAN LLP
5

6

7                                            /s/ Michael J. Finnegan
                                  By:    MICHAEL J. FINNEGAN
8

9                                 Attorneys for Defendant
                                  FITNESS INTERNATIONAL, LLC
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -