| | |
|---|---|
| 1 | James L. Wraith, State Bar No. 112234 |
| 2 | E-mail:       jwraith@selvinwraith.com |
|   | Sara M. Parker, State Bar No. 238448 |
| 3 | E-mail:       sparker@selvinwraith.com |
|   | SELVIN WRAITH HALMAN LLP |
| 4 | 505 14th Street, Suite 1200 |
|   | Oakland, CA 94612 |
| 5 | Telephone:  (510) 874-1811 |
|   | Facsimile:   (510) 465-8976 |
| 6 | |
| 7 | Attorneys for Plaintiff |
|   | BEAZLEY UNDERWRITING, LTD. |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEAZLEY UNDERWRITING, LTD., | CASE NO. 8:21-cv-00642 CJC (DFMx) |
| Plaintiff, | **JOINT STIPULATION FOR VOLUNTARY DISMISSAL OF COMPLAINT WITHOUT PREJUDICE AGAINST FITNESS INTERNATIONAL, LLC PURSUANT TO FRCP 41(A)(1)(A)(II)** |
| v. | |
| FITNESS INTERNATIONAL, LLC, | |
| Defendant. | |
| | Complaint Filed:  April 6, 2021 |

Pursuant to Fed. R. Civ. P. 41 (a) (1) (A) (ii), Plaintiff BEAZLEY UNDERWRITING, LTD. ("BEAZLEY") and Defendant FITNESS INTERNATIONAL, LLC, ("FITNESS"), jointly as the "Parties," by and through their undersigned counsel of record in the above-referenced action, hereby stipulate and agree to the dismissal without prejudice of the Complaint filed by Plaintiff on or about April 6, 2021, with each party to bear its own costs and fees, and with the further agreement that this voluntary dismissal does not operate as a previously dismissed action for purpose of the two-dismissal bar set forth under FRCP 41(a)(1)(B).

///

1

**JOINT STIPULATION FOR DISMISSAL OF FITNESS INTERNATIONAL, LLC                              CASE NO. 8:21-cv-00642 CJC (DFMx)**

The Parties request the Court's approval and execution of the proposed order for dismissal filed herewith.

Dated:  June 22, 2021        SELVIN WRAITH HALMAN LLP


By:  _____*/s/ James L. Wraith*_____
     James L. Wraith
     Sara M. Parker
     Attorneys for Plaintiff
     BEAZLEY UNDERWRITING, LTD.

Dated:  June 22, 2021        PILLSBURY WINTHROP SHAW PITTMAN LLP


By:  _____*/s/ Michael J. Finnegan*_____
     Michael J. Finnegan
     Attorneys for Defendant
     FITNESS INTERNATIONAL, LLC

*ATTESTATION OF CONCURRENCE:  I, James L. Wraith, attest that all those whose signatures appear on this document concur in the content of this filing and have authorized the filing.*

373292.doc

2

**JOINT STIPULATION FOR DISMISSAL OF FITNESS INTERNATIONAL, LLC**         **CASE NO. 8:21-cv-00642 CJC (DFMx)**

Case 8:21-cv-00642-CJC-DFM   Document 15   Filed 06/22/21   Page 3 of 3   Page ID #:1082

| Re: | **Beazley Underwriting, LTD. v. Fitness International, LLC** |
|---|---|
| Court: | **United States District Court, Central District of California - Southern Division** |
| Action No. | **8:21-cv-00642 CJC (DFMx)** |

# PROOF OF SERVICE

I declare that I am over the age of 18, am not a party to the above-entitled action, and am an employee of Selvin Wraith Halman LLP whose business address is 505 14th Street, Suite 1200, Oakland, Alameda County, California 94612.

On June 22, 2021, I served the following document(s):

**JOINT STIPULATION FOR VOLUNTARY DISMISSAL OF COMPLAINT WITHOUT PREJUDICE AGAINST FITNESS INTERNATIONAL, LLC PURSUANT TO FRCP 41(A)(1)(A)(II)**

**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF FITNESS INTERNATIONAL, LLC**

**By ELECTRONIC FILE TRANSFER TO ECF FILE & SERVE:** By transmitting a true copy the document(s) listed above for service on all parties in this case pursuant to applicable statutes, local rules and/or order of this Court.

| | |
|---|---|
| Mr. Michael J. Finnegan<br>Mr. Christopher Butler<br>Pillsbury Winthrop Shaw Pittman LLP<br>725 South Figueroa Street, Suite 2800<br>Los Angeles, CA  90017-5406<br>Telephone No.:    (213) 488-7100<br>Fax No.:          (213) 629-1033<br>Email:  mfinnegan@pillsburylaw.com<br>Email:  christopher.butler@pillsburylaw.com | Attorneys for Defendant:<br>FITNESS INTERNATIONAL, LLC |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  June 22, 2021

*/s/ Laura L. Sanchez*
Laura L. Sanchez

Case No.: 8:21-cv-00642 CJC (DFMx)